U.S. Department of Homeland Security
Arlington, Virginia 22202



*Privacy Office DHS-D3*

October 5, 2005

Melanie Sloan
Citizens for Responsibility and Ethics in Washington
11 Dupont Circle, N.W., 2nd Floor
Washington, DC 20036

Re: **DHS/OS/PO 05-200**

Dear Ms. Sloan:

This further responds to your January 11, 2005, Freedom of Information Act (FOIA) request to
the Department of Homeland Security (DHS). You requested:

1.  documentation of any communications from January 1, 2001, to present, that DHS had
    with any public affairs firms with which DHS has a contract, including Ketchum Public
    Affairs and Fleishman-Hillard Public Affairs; and
2.  copies of all DHS public affairs contracts from January 1, 2001, to present.

The scope of Item 1 above, lacked specificity and was too broad for an effective search to be
undertaken; therefore, we have interpreted your request to be for documentation of any
communications between DHS Contract Project Officers with members of public affairs firms. If
you feel a search for records responsive to this interpretation will not capture the records you are
seeking, please contact us to further refine the scope of our search.

Thus far our search for responsive records indicates the existence of the following public affairs
contracts:

a.  HSHQ-05-F-R0006 – contract for US-VISIT informational materials
b.  EMW-2003-BP-0471 – contract for communications plan regarding Citizen Corps
    and Community Response Teams Program
c.  EME-1999-CO-0557 – contract for development and implementation of a fire safety
    action plan
d.  EMW-2003-DO-0173 – contract to assemble materials on Citizens Corps program
    for further marketing of the program
e.  HSTS-03-04-D-COM-004 (through -006) – contracts to provide technical crews for
    the TSA Satellite Media Tours or Radio Media Tours, which educate the public on
    travel related security procedures
f.  DTSA-20-03-P-00570 - contract to provide technical crews for the TSA Video News
    Releases, Satellite Media Tours or Radio Media Tours, which educate the public on
    travel related security procedures

The above contracts are administered in various DHS components. We will forward your request to the appropriate components for direct response to you. Any questions related to the status of your request forwarded to a component should be addressed to that component. Contact information follows.

As it relates to Item a, we are referring your request to the FOIA/PA Officer, Barbara Harrison, for the U.S. – VISIT Program, Border and Transportation Security, Washington, D.C. 20528, for processing and direct response to you. You can reach the U.S. – VISIT Program directly at (202) 298-5200.

As it relates to Items b, c, and d, we are referring your request to the FOIA Officer for Emergency Preparedness and Response (EP&R)/Federal Emergency Management Agency (FEMA), Jeff Ovall, for processing and direct response to you. You may contact FEMA via telephone at 202-646-3051 or in writing at 500 C Street, S.W., Washington, DC 20472.

As it relates to Items e and f, we are referring your request to the FOIA Officer for the Transportation Security Administration (TSA), Catrina Pavlik, for processing and direct response to you. You may contact TSA via telephone at 571-227-2300 or in writing at the Office of Security, West Bldg, 11th Floor, 701 South 12th Street, Arlington, VA 22202-4220.

In addition, our search indicates that there are other components that may have responsive records. Therefore we are forwarding your request to those components for search and direct response to you. Those offices include:

- United States Coast Guard (USCG), FOIA Officer Donald Taylor, 202-267-6929, 2100 Second Street, SW, Washington, DC 20593;
- United States Immigrations and Customs Enforcement (ICE), FOIA Officer Gloria Marshall, 202-616-7489, 425 Eye Street, CAB Bldg., Room 4038, Washington, DC 20536.
- United States Citizenship and Immigration Services (USCIS), FOIA Officer Magda Ortiz, 202-272-8269, 111 Massachusetts Avenue, ULLICO Building, 2nd Floor, Washington, DC 20529.

Our office will respond for the responsive records we have located within the Office of the Secretary and the Office of the Undersecretary of Management.

Your request was assigned reference number **DHS/OS/PO 05-200**. Please refer to this identifier in any future correspondence. We acknowledge that our office granted your fee waiver request on January 24, 2005. This fee waiver will be honored by all responding components. As stated in the DHS Interim Freedom of Information Act and Privacy Act regulations (Title 6, Chapter I, Part 5A, Section 5.5), the Department processes FOIA requests according to their order of receipt. Nevertheless, I want to assure you that we will respond to your request as soon as we can.

Sincerely,

Catherine M. Papoi
Deputy Director, Departmental Disclosure & FOIA