## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No. 05-1801 |
| **UNITED STATES DEPARTMENT OF HOMELAND SECURITY,** : | |
| : | |
| **Defendant.** : | |
| : | |

## ORDER

This matter is before the Court on defendant's answer to plaintiff's complaint. The Court has reviewed the complaint and the answer. In the answer, defendant raises several grounds for dismissal but has not filed a dispositive motion. It is hereby

**ORDERED** that defendant shall file a motion to dismiss or for summary judgment on or before November 14, 2005.

**SO ORDERED**.

                                                                  s/
                                                ELLEN SEGAL HUVELLE
                                                United States District Judge

Dated: October 13, 2005