## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, 11 Dupont Cir., N.W. Washington, D.C. 20036 | ) ) ) ) ) | |
| Plaintiff, | ) ) | CV-05-01801 (ESH) |
| vs. | ) ) ) | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY Washington, DC 20528 | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

This matter is before the Court on defendant's motion for a stay of the proceedings or, in the alternative, an extension of time. This Court has duly considered the motion and having found it to be meritorious, the Court hereby,

GRANTS Defendants' motion for a stay of the proceedings up to and including February14, 2005.

SIGNED and ENTERED this ___ day of _____, 2005.

_____
ELLEN SEGAL HUVELLE