# CREW | citizens for responsibility and ethics in washington

October 18, 2005



Catherine M. Papoi
Deputy Director
Departmental Disclosure & FOIA
U.S. Department of Homeland Security
Arlington, Virginia 22202

Re: DHS/OS/PO 05-200

Dear Ms. Papoi:

Yesterday I received your letter dated October 5, 2005, and post-marked October 7, 2005, regarding CREW's January 11, 2005 Freedom of Information Act ("FOIA") Request. This letter was the first informative response we have received from the U.S. Department of Homeland Security ("DHS") in the nine months since CREW submitted its FOIA request, although DHS still has not responded substantively to our request.

CREW waited eight months before filing suit against DHS on September 12, 2005, based on DHS's failure to comply with its obligations under the FOIA with respect to CREW's January 11, 2005 FOIA request. Given that we are now in litigation with DHS, we will not be responding administratively to your October 5, 2005 letter.

Very truly yours,

ANNE L. WEISMANN
Chief Counsel
Citizens for Responsibility and Ethics in Washington