**EXHIBIT 1**

U.S. Department of Homeland Security

Freedom of Information Act
and Privacy Act Division
Arlington, VA 22202

October 18, 2005

TSA06-0044



**Transportation Security Administration**

Ms. Melanie Sloan
Citizens for Responsibility and Ethics in
11 DuPont Circle, 2nd Floor
Washington, DC 20036

Dear Ms. Sloan:

This is to inform you that on October 11, 2005, the Transportation Security Administration (TSA) Freedom of Information Act (FOIA) Office received your FOIA request dated January 11, 2005. Your request has been given identification number TSA06-0044. Please cite this number in any further inquiry about this request.

I must advise you that depending upon the category of requesters you fall in, fees may be charged for searching for records sought at the respective clerical, professional, and/or managerial rates of $4.00/$7.00/$10.25 per quarter hour, and for duplication of copies at the rate of $.10 per copy. In accordance with 6 C.F.R. §5.3(c), if you make a FOIA request, it shall be a firm commitment by you to pay all applicable fees charged under § 5.11 up to $25.00. The combined charges for search and duplication must exceed $14.00 before we will charge you any fees. Many requests do not require any fees however, if fees exceed $25.00, we will notify you beforehand.

TSA uses a multi-track system to process request on a first in, first out basis. Simple requests are able to be answered more quickly and will be placed on the fast track of our multi-track processing. More complex requests generally require significant processing time. Although TSA's goal is to respond with 20 business days of receipt of your request, the FOIA does permit a 10-day extension of this time period. If your request involves a voluminous amount of records, requires that we collect records from separate offices, or requires that we consult with another agency, TSA is invoking the 10-day extension for your request.

If you would like to narrow the scope of your request, we may be able to respond more quickly. Please contact us if you wish to narrow your request or arrange for an alternative time period to complete the processing. We can be reached at the following toll free number (866) 364-2872.

Sincerely,

Catrina M. Pavlik
Associate Director
Freedom of Information Act
and Privacy Act Division

www.tsa.gov

**EXHIBIT 2**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND<br>ETHICS IN WASHINGTON<br>11 Dupont Cir., N.W.<br>Washington, D.C. 20036<br><br>     Plaintiff<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY<br>Washington, D.C. 20528<br><br>     Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: No. CV-05-01801 (ESH)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**DECLARATION OF ANNE L. WEISMANN**

I Anne L. Weismann declare as follows:

1. I am the Chief Counsel for Citizens for Responsibility and Ethics in Washington ("CREW"), the plaintiff in the above-captioned case. I have held this position since March 2005. I am also counsel of record in this action.

2. On or about November 4, 2005, Adam Kirschner, an attorney with the U.S. Department of Justice, contacted me to ask whether CREW would agree to defendant U.S. Department of Homeland Security's ("DHS") request for a 90-day extension for DHS to complete processing of CREW's Freedom of Information Act ("FOIA") request that is the subject of this lawsuit. It is my understanding that Mr. Kirschner is working on this case for DHS, but has not entered his appearance because he is not yet a member of the Bar.

3. During that conversation, Mr. Kirschner advised me that in addition to CREW's FOIA request, DHS had received a document request from Congress. Mr. Kirschner did not know

when DHS received this other request. I advised Mr. Kirschner that without additional information, including when DHS received the congressional request, I could not take a position on DHS's motion for a 90-day extension to process CREW's FOIA request.

4. In a follow-up conversation with Mr. Kirschner a few days later, he was unable to tell me when DHS had received a congressional request for information similar to CREW's FOIA request. On November 9, 2005, after DHS filed its motion seeking a stay, Mr. Kirschner confirmed that the prior request had come from the Government Accountability Office, but he still did not know when it was received by DHS.

I declare under penalty of perjury that the following is true and correct.

Executed this 15th day of November, 2005.    _____
                                                                     ANNE L. WEISMANN

2