**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>UNITED STATES DEPARTMENT OF )<br>HOMELAND SECURITY  )<br>)<br>Defendant.  )<br>_____ ) | CV-05-01801 (ESH) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Adam D. Kirschner, Trial Attorney, Federal Programs Branch, Civil Division, United States Department of Justice as counsel for Defendant United States Department of Homeland Security in the above-captioned case.

Dated: November 22, 2005

Respectfully submitted,
PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

ELIZABETH J. SHAPIRO (D.C. Bar 418925)
Assistant Branch Director

_/s/_____
ADAM D. KIRSCHNER
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
<u>Mailing Address</u>
P.O. Box 883
Washington, D.C., 20044

<u>Delivery Address</u>
20 Massachusetts Ave., NW., Room 7222
Washington, DC 20001
Telephone: (202) 353-9265
Fax: (202) 616-8470
Adam.Kirschner@usdoj.gov

COUNSEL FOR DEFENDANT

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 22nd day of November 2005, I caused the foregoing Notice of Appearance to be served on Plaintiff's counsel of record electronically by means of the Court's ECF system.

        /s/
        Adam D. Kirschner