UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) | |
| Plaintiff, | ) ) | CV-05-01801 (ESH) |
| vs. | ) ) | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY | ) ) ) | |
| Defendant. | ) ) | |

**JOINT MOTION TO SET A BRIEFING SCHEDULE
ON MOTIONS FOR SUMMARY JUDGMENT AND SUPPORTING MEMORANDUM**

In light of this Court's order dated November 29, 2005 granting defendant's motion for a stay of the proceedings until February 14, 2006 and ordering defendant, after consulting with plaintiff, to file a joint motion proposing a briefing schedule on February 19, 2006, Defendant United States Department of Homeland Security ("DHS") and Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW"), by and through undersigned counsel, hereby jointly move for leave to set a briefing schedule on motions for summary judgment.

For that briefing schedule, the parties request (1) that defendant DHS be given up to and including April 26, 2006, in which to file a motion for summary judgment; (2) that plaintiff CREW be given up to and including May 17, 2006, in which to file its opposition to defendant's motion and any cross-motion for summary judgment; (3) that defendant be given up to and including May 31, 2006, to file its reply and any opposition to plaintiff's motion; and (4) that plaintiff be given up to and including June 14, 2006, to file a reply to any cross-motion for summary judgment.

This schedule is based on an agreement between counsel that in the interim, plaintiff will complete its review of documents DHS produced that were responsive to CREW's Freedom of Information Act ("FOIA") request and inform DHS which redactions and exemptions plaintiff will challenge. The parties have also agreed that thereafter, DHS will give CREW an index of the redactions and exemptions that CREW is challenging, and that such index will include a description of each document and the justification for the redaction. Upon receiving this index, CREW will inform DHS which redactions and exemptions it is still challenging. In this way, the parties anticipate that the issues for resolution can be narrowed significantly.

## CONCLUSION

For the foregoing reasons, the parties jointly request that the Court enter the attached proposed Order.

Respectfully submitted,

/s/ *Anne L Weismann*
ANNE L. WEISMANN
(D.C. Bar No. 298190)
MELANIE SLOAN
(D.C. Bar No. 434584)
Citizens for Responsibility and
Ethics in Washington
11 Dupont Circle, N.W.
Washington, D.C. 20036
(202) 588-5565

Counsel for Plaintiff

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

ELIZABETH J. SHAPIRO
(D.C. Bar 418925)
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch

/s/ *Adam D Kirschner*
ADAM D. KIRSCHNER
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
Mailing Address
P.O. Box 883
Washington, D.C., 20044
Delivery Address

        20 Massachusetts Ave., NW., Room 7222
        Washington, DC 20001
        Telephone: (202) 514-5302
        Fax: (202) 616-8470
        adam.kirschner@usdoj.gov

        Counsel for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) | |
| Plaintiff, | ) ) | (Proposed Order) CV-05-01801 (ESH) |
| vs. | ) ) ) | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY | ) ) ) | |
| Defendant. | ) ) ) | |

**(Proposed) ORDER ON JOINT MOTION TO SET A**
**BRIEFING SCHEDULE ON MOTIONS FOR SUMMARY JUDGMENT**

Having considered the Parties' Joint Proposed Briefing Schedule, the parties shall adhere to the following briefing schedule, unless it is modified by the Court for its own convenience or on application of a party:

Defendant is hereby Ordered to file its motion for summary judgment by April 26, 2006;

Plaintiff is hereby Ordered to file its opposition to defendant's motion for summary judgment and any cross-motion for summary judgment by May 17, 2006;

Defendant is hereby Ordered to file its opposition to any cross-motion filed by defendant and defendant's reply to plaintiff's opposition to defendant's motion for summary judgment by May 31, 2006;

Plaintiff is hereby Ordered to file its reply to defendant's opposition to plaintiff's motion for summary judgment by June 14, 2006.

SO ORDERED on this ____ day of February, 2006.

_____

ELLEN S. HUVELLE

United States District Judge