# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON
11 Dupont Cir., N.W.
Washington, D.C.  20036

       Plaintiff

    v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY
Washington, D.C.  20528

       Defendant
_____

No. CV-05-01801 (ESH)

## PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") has a new address and telephone number.  All service, correspondence, and notices in this action should be directed to:

> Anne L. Weismann
> Citizens for Responsibility and Ethics in Washington
> 1400 Eye Street, N.W.
> Suite 450
> Washington, D.C.  20005
> Telephone: (202) 408-5565, ext. 108
> Fax: (202) 588-5020
> E-Mail: Aweismann@citizensforethics.org

Respectfully submitted,

_____/s/_____
Anne L. Weismann
(D.C. Bar No. 298190)
Melanie Sloan
(D.C. Bar No. 434584)
Citizens for Responsibility and
 Ethics in Washington
1400 Eye Street, N.W.

Suite 450
Washington, D.C.  20005
Phone: (202) 5408-5565
Fax: (202) 588-5020

Attorneys for Plaintiff

Dated: March 15, 2006