UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON<br>11 Dupont Cir., N.W.<br>Washington, D.C.  20036<br><br>            Plaintiff<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY<br>Washington, D.C.  20528<br><br>            Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:  No. CV-05-01801 (ESH)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## JOINT MOTION TO DISMISS AND SUPPORTING MEMORANDUM

Plaintiff Citizens for Responsibility and Ethics in Washington ("CREW") and Defendant United States Department of Homeland Security ("DHS") hereby move this Court to enter the attached Order dismissing this action with prejudice.  As grounds for this motion, the parties state as follows:

1.  This case concerns a Freedom of Information Act ("FOIA") request Plaintiff filed with DHS on January 11, 2005.  Plaintiff filed its complaint with this Court on September 12, 2005.

2.  DHS answered the complaint on October 12, 2005.  Thereafter, DHS moved for a 90-day extension of the proceedings, until February 14, 2006, which the Court granted.  On February 17, 2006, pursuant to an Order of the Court, the parties submitted a joint motion proposing a briefing schedule on motions for summary judgment.  That proposal was based on an agreement between the parties that, prior to briefing, the parties would work to narrow the issues for litigation through the exchange of information concerning the claimed exemptions.

3. There are now no remaining issues in dispute between the parties in this action.

Accordingly, both parties agree that this case should now be dismissed.

## **CONCLUSION**

For the foregoing reasons, the Court should grant the parties' Joint Motion to Dismiss.

Respectfully submitted,

\_\_\_/s/_____
Anne L. Weismann
(D.C. Bar No. 298190)
Melanie Sloan
(D.C. Bar No. 434584)
Citizens for Responsibility and
 Ethics in Washington
1400 Eye Street, N.W.
Suite 450
Washington, D.C.  20005
Phone: (202) 5408-5565
Fax: (202) 588-5020

Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

ELIZABETH J. SHAPIRO
(D.C. Bar 418925)
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch


*/s/ Adam D. Kirschner*_____
ADAM D. KIRSCHNER
Trial Attorney
U.S. Department of Justice

           Civil Division, Federal Programs Branch
           <u>Mailing Address</u>
           P.O. Box 883
           Washington, D.C. 20044
           <u>Delivery Address</u>
           20 Massachusetts Ave., N.W., Room 7222
           Washington, D.C. 20001
           Telephone: (202) 353-9265
           Fax: (202) 616-8470
           adam.kirschner@usdoj.gov

           Counsel for Defendant

Dated: March 30, 2006