UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

CITIZENS FOR RESPONSIBILITY AND         :
ETHICS IN WASHINGTON                    :
11 Dupont Cir., N.W.                    :
Washington, D.C.  20036                 :
                                        :
      Plaintiff                        :
                                        :  No. CV-05-01801 (ESH)
  v.                                    :
                                        :
UNITED STATES DEPARTMENT OF             :
HOMELAND SECURITY                       :
Washington, D.C.  20528                 :
                                        :
      Defendant                        :
_____:

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Motion to Dismiss and the entire record herein, it is hereby

**ORDERED** that this action be, and hereby is, **DISMISSED** with prejudice, each party to bear its own fees and costs.


Dated: _____            _____
                                 ELLEN SEGAL HUVELLE
                                 United States District Judge